UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES C. CRAWFORD, III,

Plaintiff,

v.

MPLS. STAR & TRIBUNE,

Defendant.

Civil 01-597 (ADM/AJB)

**ORDER**

Plaintiff has filed a complaint alleging that Defendant violated his rights under the federal laws prohibiting racial discrimination in employment. (Docket No. 1.) His complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that he is currently employed, and that he is earning more than $1700 per month. The IFP application further indicates that he has various assets, including an IRA and a pension fund, (the values of which are undisclosed), and two vehicles with a combined value of $10,000. Plaintiff represents that he has three dependants, (a wife and two children), but it does not appear that he has any other unusual financial responsibilities.

In light of Plaintiff's income and assets, as shown on his IFP application, the Court cannot conclude that he is currently indigent. He has not adequately explained why he believes he cannot pay the filing fee and costs of service of process. Plaintiff's IFP application will therefore be DENIED.

FILED APR 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if he chooses to do so, he will be allowed to pursue his claims as a non-IFP litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If he fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: April 9th, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge