UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES C. CRAWFORD, III,

Plaintiff,

v.

MPLS. STAR & TRIBUNE,

Defendant.

Civil 01-597 (ADM/AJB)

**REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a complaint and an application seeking leave to proceed in forma pauperis ("IFP"). Upon examining the IFP application, this Court found that Plaintiff had not adequately demonstrated that he could not afford to pay the $150 filing fee prescribed by 28 U.S.C. § 1914(a). Therefore, in an order dated April 9, 2001, (Docket No. 3), Plaintiff's IFP application was denied.

The Court's order informed Plaintiff that although he would not be granted IFP status, he could still maintain this action if he paid the requisite filing fee. Plaintiff was advised that if he intended to pursue his claims in this action as a non-IFP litigant, he would have to pay the full $150 filing fee within twenty days. Plaintiff was further advised that if he did not pay the $150 filing fee within twenty days, it would be recommended that his action be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b).

The deadline for paying the filing fee established by the Court's prior order has now passed. To date, however, Plaintiff has not paid his filing fee, nor has he contacted the Court, or communicated with the Court, in any way. Therefore, it is now recommended, in accordance with the Court's prior order, that Plaintiff be deemed to have abandoned this

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: May 14th, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.