UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES C. CRAWFORD, III,

Plaintiff,

v.

MPLS. STAR & TRIBUNE,

Defendant.

Civil No. 01-597 ADM/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 14, 2001, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE.

DATED: May 31, 2001.

Judge Ann. D. Montgomery
U. S. District Court

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____